FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHEILA K. WATERBURY HADLEY,<br><br>                Plaintiff,<br><br>      v.<br><br>TIMOTHY J. HADLEY;<br>EOWEN ROSENTRATER;<br>JANELLE CARMAN; and<br>HON. JOHN LOHRMANN,<br><br>                Defendants. | No. 4:18-CV-05129-EFS<br><br>**ORDER DISMISSING CASE AGAINST MICHAEL MITCHELL** |

On September 17, 2018, Plaintiff Sheila K. Waterbury Hadley filed a Motion to Dismiss Complaint as to Defendant Michael Mitchell, Without Prejudice. ECF No. 20. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed at a plaintiff's request by a court order, on terms that the court considers proper. The Court finds it proper to dismiss the action against Michael Mitchell. Mr. Mitchell does not object to dismissal, as he also filed a Motion to Dismiss for Failure to State a Claim. ECF No. 14. Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

    **1.**    Plaintiff's Motion to Dismiss Complaint as to Defendant Michael Mitchell, Without Prejudice, **ECF No. 20**, is **GRANTED.**

ORDER DISMISSING CASE - 1

**2.** All claims against Michael Mitchel are **DISMISSED WITHOUT PREJUDICE.**

**3.** Michael Mitchel's Motion to Dismiss for Failure to State a Claim, **ECF No. 14,** is **DENIED as MOOT.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Plaintiff.

**DATED** this  16th  day of October 2018.

                     s/Edward F. Shea
                     EDWARD F. SHEA
            Senior United States District Judge